IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MICROGRAFX LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG ELECTRONICS CO., LTD.<br><br>      Defendants. | Civil Action No. 3:13-cv-03599 |

**DEFENDANTS' MOTION TO DISQUALIFY MATTHEW POWERS, STEVEN CHERENSKY, AND THE TENSEGRITY LAW GROUP AS COUNSEL FOR MICROGRAFX AGAINST SAMSUNG IN THIS CASE**

Defendants, Samsung Telecommunications America, LLC, Samsung Electronics American, Inc., and Samsung Electronics Co., Ltd., (collectively "Samsung") respectfully file Defendants' Motion to Disqualify Matthew Powers, Steven Cherensky, and the Tensegrity Law Group as Counsel for Micrografx Against Samsung In This Case.

As detailed in the accompany memorandum, Powers' and Cherensky's representation adverse to Samsung in this case violates the Texas Disciplinary Rules of Professional Conduct, including Texas Rules 1.09(a)(2), 1.09(a)(3) and 1.09(b), because during counsel's long-standing representation of Samsung in no less than a dozen patent litigation matters counsel received extensive amounts of Samsung confidential information, and also because counsel represented Samsung in patent litigation substantially related to the present case. Under Texas Rule 1.09(c), their conflict is imputed to the Tensegrity Law Group as a whole, as their attorneys have not been ethically walled from Powers and Cherensky.

02198.00007/5646372.3

Dated:  December 23, 2013               Respectfully submitted,

    /s/ Jon B. Hyland
Jon B. Hyland
MUNSCH HARDT KOPF & HARR
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
Phone: (214) 855-7544
Fax: (214) 978-5360
jhyland@munsch.com

Kevin P.B. Johnson  (*admission pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive., 5th Floor
Redwood Shores, California 94065
Phone: (650) 801-5000
Fax: (650) 801-5100
kevinjohnson@quinnemanuel.com

David A. Perlson  (*admission pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California  94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
davidperlson@quinnemanuel.com

Joseph Milowic III (*admission pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
josephmilowic@quinnemanuel.com

*Attorneys for Defendants, Samsung Telecommunications America, LLC; Samsung Electronics America, Inc.; Samsung Electronics Co., Ltd.*

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 23, 2013, I conferred with Plaintiff's counsel by phone pursuant to L.R. 7.1(b). Plaintiff's counsel indicated that they opposed the relief sought in this motion.

                                               */s/ Jon B. Hyland*
                                               Jon B. Hyland

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically pursuant to L.R. 5.1(d) on December 23, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 */s/ Jon B. Hyland*
                                                 Jon B. Hyland