EXHIBIT A





2



3



4

[Page contents redacted]

5